UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
__WESTERN__ DIVISION

CASE NUMBER: __5:16-CR-74-1, 2D__

UNITED STATES OF AMERICA

VS.                                                          **ORDER**

JAMES STEPHEN THORPE
JOSHUA RAYSHAWN MELVIN

IT IS HEREBY ORDERED that the following Government Exhibits be returned to _Brian Cyr_ and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

**EXHIBIT #**                **EXHIBIT DESCRIPTION**

| 126 | Sig Sauer Pro Semi-automatic |
|-----|------------------------------|
| 127 | Gun ammunition               |
| 157 | Diamond ring                 |
|     |                              |
|     |                              |
|     |                              |
|     |                              |
|     |                              |
|     |                              |
|     |                              |

THIS _2nd_ DAY OF _December_, 2016.

AGENT SIGNATURE: _[signature]_

_____
JAMES C. DEVER III
CHIEF U.S. DISTRICT JUDGE