UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-74-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES STEPHEN THORPE | ) | |
| a/k/a "J1" | ) | |
| JOSHUA RASHAWN MELVIN | ) | |
| a/k/a "J.O." | ) | |
| ERVIN MONTEZ ALSTON, JR. | ) | |
| a/k/a "Wes, Wesley" | ) | |
| JAHID PRESTON DIGGS | ) | |

This matter is before the Court on the Unopposed Motion to Include Restitution in the Judgments filed February 6, 2017 and April 5, 2017.

For good cause shown, the court hereby grants the motion to include in the judgments in this matter that the defendants are jointly and severally liable for restitution in the amount of $5,000, payable to victim Mark Anthony Daye.

So ordered this __12__ day of April, 2017.

JAMES C. DEVER, III
Chief United States District Judge

1