IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-74

UNITED STATES OF AMERICA,      )

)

     v.           )       **ORDER**

)

JAMES STEPHEN THORPE,      )

)

      Defendant.     )

The United States SHALL file a response to defendant's motion for sentence reduction [D.E. 428] not later than May 15, 2026.

SO ORDERED. This _30_ day of March, 2026.

JAMES C. DEVER III
United States District Judge